USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/19/18

# DRISCOLL & REDLICH
110 West 40th Street, Suite 1900
New York, NY 10018

Catherine L. Redlich  
credlich@driscollredlich.com

Telephone (212) 986-4030  
Facsimile (212) 986-4050

September 18, 2018

The application is ✓ granted.  
☐ denied.

_[signature]_  
Edgardo Ramos, U.S.D.J.  
Dated: 9/19/18  
New York, New York 10007

The Hon. Edgardo Ramos  
United States District Court  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: United States v. Darin Webb, 18-CR-536

Dear Judge Ramos,

    I am the attorney for Darin Webb in the above-captioned matter. Mr. Webb appeared before the Court to enter a plea of guilty on July 25 and is awaiting sentencing. This letter is respectfully submitted to request permission for Mr. Webb to travel to Texas over Thanksgiving to celebrate the holiday with his family, as well as to celebrate his parents' birthdays and their 60th wedding anniversary. AUSA Christine Magdo has stated that the government has no objection to Mr. Darin's travel request.

    Mr. Webb would be in Texas from November 16-25, or dates within that time period. He will be staying at his niece's home in Fort Worth, Texas, or possibly a local hotel, and will provide address and phone numbers to Pretrial Supervision.

    Thank you for Your Honor's consideration.

Respectfully,

_Catherine L. Redlich_  
Catherine Redlich

cc:  
AUSA Christine Magdo  
Madalyn Toledo, Pretrial Supervision