**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **Case Number: 18-cr-536 (ER)** |
| **Plaintiff,** : | |
| : | |
| **v.** : | **USM Number 85688-054** |
| : | |
| **DARIN WEBB,** : | |
| : | |
| **Defendant.** : | |

------------------------------------------------------------- x

#### ORDER SUBSTITUTING SM FINANCIAL SERVICES CORPORATION FOR DEBORAH PIAZZA AS CHAPTER 7 TRUSTEE OF DONADIO & OLSON, INC. AS PAYEE OF VICTIM RESTITUTION PAYMENTS

**UPON** the motion (the "**Motion**") of Deborah Piazza, as Chapter 7 trustee (the "**Trustee**") of the debtor Donadio & Olson, Inc. (the "**Debtor**"), for entry of an order by this Court substituting SM Financial Services Corporation in place of the Trustee as the payee of the victim restitution payments which Darin Webb, the defendant in the instant criminal action, is obligated to make pursuant to an Order of Restitution entered in this action on January 28, 2019 and a Judgment in a Criminal Case entered in this action on February 27, 2019 (collectively, the "**Restitution Judgment**"); and this Court having read and reviewed the Declaration of the Trustee in support of the Motion, together with the exhibits annexed hereto, which exhibits include an Order of the United States Bankruptcy Court for the Southern District of New York entered in the Debtor's Chapter 7 bankruptcy case (Case No. 18-13915 [DSJ]) on May 4, 2023, which approved the Trustee's sale of the Trustee's rights as payee under the Restitution Judgment to SM Financial Services Corporation; and no objection to the Motion having been filed; and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS HEREBY FURTHER ORDERED** that SM Financial Services Corporation be substituted in the place and stead of Deborah Piazza, as Chapter 7 Trustee of Donadio & Olson, Inc., as the payee under the Restitution Judgment; and

**IT IS HEREBY FURTHER ORDERED** that the Clerk of this Court shall remit all further restitution payments made by defendant Darin Webb, pursuant to the Restitution Judgment, to SM Financial Services Corporation, P.O. Box 530, 49 Old Turnpike Road, Oldwick, New Jersey 08858, Attn: Steven Mitnick.

Dated: New York, New York
   June _____13_____, 2023

             _____
             **HONORABLE EDGARDO RAMOS**
             **UNITED STATES DISTRICT JUDGE**